

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00319-CV

---

KEVIN HOLLAND AND KARRIE MEYER, APPELLANTS

V.

CARI PIKE, REALTOR ANCHORED REALTY, ARIEL MCLEMORE,
AND BRADLEY MCLEMORE, APPELLEES

---

On Appeal from the 78th District Court
Wichita County, Texas[1]
Trial Court No. DC78-CV2025-1400, Honorable Meredith Kennedy, Presiding

---

January 29, 2026

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Kevin Holland and Karrie Meyer, proceeding pro se, appeal from the trial court's judgment. Appellants' brief was due December 15, 2025, but was not filed. By letter of December 23, 2025, we notified Appellants that this appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

January 2, 2026.  To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam